IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ASHLEY MERRITT,

    Plaintiff,

v.                                         **CASE NO. 1:06-cv-00169-MP-AK**

ALBERTSON'S LLC,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 23, Notice of Settlement. In the notice, the parties indicate that they have agreed to settle this case fully. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Plaintiff's complaint is dismissed with prejudice, all pending motions should be terminated, and this case is closed.

2. The Court will retain jurisdiction for 60 days, however, to ensure that settlement is effected.

**DONE AND ORDERED** this _17th_ day of July, 2007

                                      *s/Maurice M. Paul*
                             Maurice M. Paul, Senior District Judge